# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

CHRISTOPHER L. INGRAM,                                                          PLAINTIFF
ADC #652480

v.                                    No. 4:15CV00240-JLH-JTK

BRANSETTER, et al.                                                              DEFENDANTS

### ORDER

The Court finds that the interests of justice would be best served by transferring this case to the United States District Court for the Western District of Arkansas. Venue would be proper in the Western District, as Defendants are located there and the events complained of allegedly occurred there. *See* 28 U.S.C. § 1406(a).[1]

The Clerk of the Court is directed to immediately TRANSFER PLAINTIFF'S ENTIRE CASE FILE to the Western District of Arkansas, Hot Springs Division, in care of Judge Isaac C. Parker Federal Building, 30 South 6th Street, Fort Smith, AR 72901.

IT IS SO ORDERED this 30th day of April, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE

---

[1] "The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." *Id*.